| | |
|---|---|
| PETER J. REED,<br><br>        Plaintiff,<br><br>   v.<br><br>E. RACKLIN, et al.,<br><br>        Defendants. | No. 2:17-cv-0799 AC P<br><br><br>ORDER |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's submitted application for leave to proceed in forma pauperis does not contain the second page, and therefore is incomplete. Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit a fully completed signed and dated application. Plaintiff is cautioned that he must also provide a certified copy of his prison trust account statement for the six month period immediately preceding the filing of his complaint.

     In accordance with the above, IT IS HEREBY ORDERED that:

     1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is dismissed without prejudice;

////

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

3. Plaintiff shall submit, within thirty days from the date of this order, a completed application to proceed in forma pauperis. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: April 24, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE