UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>E. RACKLIN, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0799 AC P<br><br><br>ORDER |

On August 3, 2018, defendants filed a motion to compel and a motion to modify the scheduling order. See ECF No. 22. On August 8, 2018, plaintiff filed a motion to extend the discovery period and a motion for an extension of time to respond to defendants' document production requests. See ECF No. 23. Pursuant to the court's April 11, 2018 scheduling order, discovery was due August 3, 2018, and pretrial motions are to be filed on or before October 26, 2018. See ECF No. 18. For the reasons stated below, all motions will be granted in their entirety.

In defendants' motion to compel, they contend that plaintiff has yet to produce requested discovery documents, despite having been afforded an additional thirty days to do so. See ECF No. 22-2 at 1-2. As a result, defendants were unable to timely determine whether plaintiff's deposition is complete prior to the discovery cut-off date. See id. at 2.

In plaintiff's extension motions, he contends that to date, he has requested, but has yet to receive, his medical records, and he has also had difficulty being able to set up a time to review

his correctional file.  See ECF No. 23 at 3-4.  Consequently, he requests that the discovery period be extended so that he can receive the documents he has requested and produce documents to defendants.  See id.

It appears both parties will benefit from a modification of the discovery and scheduling order.  Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to compel responses to discovery and motion to modify the scheduling order (ECF No. 22) are GRANTED;

2. Plaintiff's motion for an extension of the discovery period and motion for an extension of time to respond to defendants' document production requests (ECF No. 23) are GRANTED;

3. The discovery due date of August 3, 2018 shall be extended nunc pro tunc by thirty days from the date of this order;

4. Within thirty days of the date of this order, plaintiff shall produce responses to defendants' document production requests propounded to date, and

5 The deadline to file pretrial motions shall be changed from October 26, 2018, to December 14, 2018.

All other directives in the court's April 11, 2018 scheduling order (ECF No. 18) shall remain in full force and effect.

DATED: August 23, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE