IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PETER J. REED,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**E. RACKLIN, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 2:17-cv-00799 AC P<br><br>[PROPOSED] **ORDER GRANTING DEFENDANT'S MOTION TO MODIFY THE SCHEDULING ORDER TO EXTEND TIME FOR FILING DISPOSITIVE MOTIONS** |

　　This matter having come before the Court on Defendant's Motion to Modify the Scheduling Order to Extend Time for Filing Dispositive Motions (see ECF No. 33-1), and good cause appearing, the motion is GRANTED. The current December 14, 2018 deadline for filing dispositive motions is extended forty-five days until and including January 28, 2019.

　　IT IS SO ORDERED.

Dated: November 29, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

SA2017109862
33673642.docx

1