UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER J. REED,<br><br>    Plaintiff,<br><br>    v.<br><br>E. RACKLIN, et al.,<br><br>    Defendants. | No. 2:17-cv-0799 WBS AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 30, 2019, the magistrate judge issued findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 42. Plaintiff has filed objections to the findings and recommendations. ECF No. 43.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 30, 2019 (ECF No. 42) are ADOPTED in full;

2. Defendant Racklin's motion for summary judgment, filed January 28, 2019 (ECF No. 38), is GRANTED;

3. The screening order dated June 12, 2017 (ECF No. 7) is construed as findings and recommendations for the dismissal of all other defendants and is ADOPTED, and

4. This case is CLOSED.

Dated: October 28, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

reed0799.805