UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| PETER J. REED, | No. 2:17-cv-799 WBS AC |
| Plaintiff, | |
| v. | ORDER |
| E. RACKLIN, D. EASTERLING, T. WHITE, E. ARNOLD, and POPVICH, | |
| Defendants. | |

----oo0oo----

Before the court is defendant E. Racklin's Bill of Costs filed November 4, 2019. (Docket No. 46.) In the court's discretion, and in light of plaintiff's status as an indigent prisoner[1] and the lack of any indication that this case was brought in bad faith, the court declines to award costs to defendant. See Stanley v. Univ. of S. Cal., 178 F.3d 1069, 1079-80 (9th Cir. 1999).

---

[1] The Magistrate Judge found that the plaintiff made the required showing to proceed in forma pauperis (Docket No. 7.)

1

IT IS SO ORDERED.

Dated: November 25, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE